IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:26-CR-3-KAC-DCP |
| ) | |
| ZACHARY PEARSON MULLINS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This case is before the Court on the Motion to Withdraw as Counsel [Doc. 113] filed by Attorney Cullen M. Wojcik on February 10, 2026. *See* 28 U.S.C. § 636(b). The Court appointed Mr. Wojcik to represent Defendant Mullins on February 3, 2026 [Doc. 103]. Mr. Wojcik asks the Court for permission to withdraw as counsel of record, representing that "a cursory, initial review of the discovery in [Defendant's] case has revealed an actual conflict of interest" [Doc. 113 p. 1].

A defendant seeking the substitution of court-appointed counsel must show good cause for the substitution, such as an actual conflict of interest, a complete breakdown in communications between attorney and client, or an irreconcilable break in the attorney-client relationship. *United States v. Sullivan*, 431 F.3d 976, 979–80 (6th Cir. 2005) (citing *Wilson v. Mintzes*, 761 F.2d 275, 280 (6th Cir. 1985)). Based upon counsel's representations in the motion, Mr. Wojcik is permitted to **WITHDRAW** for good cause shown due to an actual conflict of interest.

The Court has contacted Attorney Rachel Wolf, who agrees to accept representation of Defendant Mullins. The Court **SUBSTITUTES** and **APPOINTS** Attorney Wolf under the Criminal Justice Act, 18 U.S.C. § 3006A, as counsel of record for Defendant.

Accordingly, the Court **ORDERS** as follows:

(1) the Motion to Review Appointment of Counsel [**Doc. 113**] is **GRANTED**;

(2) Attorney Cullen M. Wojcik is **RELIEVED** of their representation of Defendant Mullins and **DIRECTED** to provide new counsel with the discovery and information from Defendant's file; and

(3) Attorney Rachel Wolf is **SUBSTITUTED** as Defendant's counsel of record.

**IT IS SO ORDERED**.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge